# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., BOEHRINGER CORPORATION, MEDICA, INC. and JOHN DOES 1-10,<br><br>　　　　　　Defendants. | Civil Action No.: 3:14 cv 405<br><br>**CLASS ACTION** |

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND FOR A TEMPORARY STAY OF FURTHER PROCEEDINGS ON THAT PORTION

Upon the accompanying Memorandum of Law, any further papers or argument to be submitted by Plaintiff at a subsequent date, and upon all prior pleadings, Plaintiff, Physicians Healthsource, Inc., by and through its undersigned counsel, hereby moves the Court for an order (A) taking this motion under submission and deferring further activity on it until after the discovery cutoff date to be set in the Court's upcoming Rule 26 scheduling order, or alternatively (B) granting Plaintiff's motion for class certification pursuant to Fed.R.Civ.P. 23. As discussed in the accompanying Memorandum of Law, Plaintiff is making this motion at this early juncture as a prophylactic measure to prevent Defendants from making an offer of judgment on an individual basis relying on certain caselaw suggesting that making such an offer of judgment prior to the making of a class certification motion renders the entire litigation moot.

Respectfully submitted,

PHYSICIANS' HEALTHSOURCE, INC.,
individually and as the representative of a class of similarly-situated persons

By: /s/Aytan Y. Bellin
Aytan Y. Bellin ct28454
**BELLIN & ASSOCIATES LLC**
85 Miles Avenue
White Plaines, NY   10606
Phone: 914-358-5345
Fax:  212-571-0284
Aytan.Bellin@bellinlaw.com

Brian J. Wanca
Ryan M. Kelly
*(motions for admission pro hac vice to this Court to be filed shortly)*
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone:  847-368-1500
Fax:  847-368-1501
bwanca@andersonwanca.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March ____, 2014 I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that the foregoing document or paper will be personally served on the Defendants at the time the complaint is served.

　　　　　　　　　　　　　　　　　　　　　　/s/Aytan Y. Bellin
　　　　　　　　　　　　　　　　　　　　　　Aytan Y. Bellin
　　　　　　　　　　　　　　　　　　　　　　**BELLIN & ASSOCIATES LLC**
　　　　　　　　　　　　　　　　　　　　　　85 Miles Avenue
　　　　　　　　　　　　　　　　　　　　　　White Plaines, NY   10606
　　　　　　　　　　　　　　　　　　　　　　Phone: 914-358-5345
　　　　　　　　　　　　　　　　　　　　　　Fax:  212-571-0284