UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHYSICANS HEALTHSOURCE, INC.<br><br>        Plaintiffs,<br><br>v.<br><br>BOEHRINGER INGELHEIM CORPORATION,<br>BOEHRINGER PHARMACEUTICALS, INC.,<br>JOHN DOES, MEDICA, INC.<br><br>        Defendants. | Case 3:14-CV-00405 (SRU)<br><br><br><br><br><br><br><br>MAY 29, 2014 |

**DEFENDANT MEDICA INC.'S OBJECTION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND FOR A TEMPORARY STAY OF FURTHER PROCEEDINGS ON THAT MOTION**

The defendant, Medica, Inc. ("Medica"), hereby objects to plaintiff's Motion for Class Certification and for a Temporary Stay of Further Proceedings on That Motion. In support of this objection, Medica references and adopts the arguments advanced by defendants Boehringer Ingelheim Corporation and Boehringer Pharmaceuticals, Inc., in their May 22, 2014 Objection. (See Docket Entry No. 21.)

                                        THE DEFENDANT
                                        MEDICA, INC.

                                    BY:         /s/
                                        Matthew H. Geelan  (ct26934)
                                        Donahue, Durham & Noonan, P.C.
                                        741 Boston Post Road
                                        Guilford, CT 06437
                                        (203) 458-9168

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK  •  741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL:  (203) 458-9168  •  FAX:  (203) 458-4424
JURIS NO. 415438

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                                        /s/
                                                      Matthew H. Geelan