IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as representative of a class of similarly-situated persons, | )<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No.: 3:14 cv 405 |
| v. | )<br>)<br>) |
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., BOEHRINGER CORPORATION, MEDICA, INC. and JOHN DOES 1-10, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**<u>PLAINTIFF'S NOTICE OF APPEAL</u>**

Plaintiff, Physicians Healthsource, Inc., individually and on behalf of all others similarly situated, by and through its undersigned counsel in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from this Court's Order of January 12, 2015, granting Defendants' motions to dismiss and directing the clerk to enter judgment for Defendants. (Doc. 56).

Dated: February 2, 2015

                                                                                                                            Respectfully submitted,

                                                                                                                             BELLIN & ASSOCIATES LLC

                                                                                                                             /s/ Aytan Y. Bellin
                                                                                                                                  By: Aytan Y. Bellin (AB0123)
                                                                                                                             85 Miles Avenue
                                                                                                                             White Plaines, NY10606
                                                                                                                             Phone: 914-358-5345
                                                                                                                             Fax: 212-571-0284
                                                                                                                             E-mail: aytan.bellin@bellinlaw.com

Glenn L. Hara, Esq. (*pro hac vice*)
Anderson + Wanca
3701 Algonquin Road, Suite 760
Rolling Meadows, Illinois 60008
Tel: (847) 368-1500
Fax: (847) 368-1501
ghara@andersonwanca.com