IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as representative of a class of similarly-situated persons, )<br><br>Plaintiff, )<br><br>v. )<br><br>BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., BOEHRINGER CORPORATION, MEDICA, INC. and JOHN DOES 1-10, )<br><br>Defendants. ) | Civil Action No.: 3:14 cv 405 |

**PLAINTIFF'S AMENDED NOTICE OF APPEAL**

Plaintiff, Physicians Healthsource, Inc., individually and on behalf of all others similarly situated, by and through its undersigned counsel in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the district court's Order of January 12, 2015, granting Defendants' motions to dismiss (Doc. 56) and the Judgment the district court subsequently entered in Defendants' favor on February 9, 2015 (Doc. 59).

Dated: February 11, 2015

Respectfully submitted,

BELLIN & ASSOCIATES LLC

/s/ Aytan Y. Bellin
By: Aytan Y. Bellin (AB0123)
BELLIN & ASSOCIATES LLC
85 Miles Avenue
White Plaines, NY10606
Phone: 914-358-5345
Fax: 212-571-0284
E-mail: aytan.bellin@bellinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record to the email addresses denoted on the Electronic Mail Notice List.

/s/ Aytan Y. Bellin