UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PHYSICIANS HEALTHSOURCE, INC
    Plaintiff

v.                                     3:14cv405(SRU)

BOEHRINGER INGELHEIM
PHARMACEUTICAL, INC.,
BOEHRINGER INGELHEIM
CORPORATION, MEDICA, INC.
    Defendants

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendants' Motions for Summary Judgment.

The Court has reviewed all of the papers filed in conjunction with the Motions and on April 18, 2018, entered a Ruling granting Medica, Inc., Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc., Motions for Summary Judgment.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants, against the plaintiff and the case is closed.

Dated at Bridgeport, Connecticut, this 25th day of April, 2018.

                                                            Robin D. Tabora, Clerk

                                                            By /s/ Rochelle Jaiman
                                                                Deputy Clerk

EOD:_____